**Electronically Filed**
**Supreme Court**
**SCWC-17-0000351**
**23-JUL-2019**
**02:07 PM**

SCWC-17-0000351

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

GAREN B. WINHAM, also known as GAREN B.M. WINHAM, GAREN B.
WINWARD, GAREN BERNICE MAILE WINHAM,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000351; CRIMINAL NO. 16-1-1356)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Garen B. Winham's

Application for Writ of Certiorari, filed on June 14, 2019, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED: Honolulu, Hawaiʻi, July 23, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

